```
           UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
            Civil No. 08-06240 ADM/JJK
```

UNITED STATES OF AMERICA         )
                                 )
            Plaintiff,           )    **ORDER TO ENTER**
                                 )    **CONSENT DECREE AS**
       v.                        )    **FINAL JUDGMENT**
                                 )
                                 )
FMC CORPORATION and BAE SYSTEMS  )
LAND & ARMAMENTS, LP,            )
                                 )
            Defendants.          )
_____)

This case came before the Court on the Motion to Enter Consent Decree filed by the Plaintiff United States of America ("United States").  The Court has reviewed the motion, the memorandum in support thereof, the consent decree with its attachments, and the entire file herein.  Being thus duly advised, the Court finds the motion to enter meritorious and that it should be and it hereby is all respects GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.   The Consent Decree lodged herein is hereby entered by the Court by entry of this order and incorporated herein by reference;

2.   The Consent Decree and this Order together shall be deemed the ORDER FOR FINAL JUDGMENT in this action and the FINAL JUDGMENT entered herein shall incorporate all the terms

of the Consent Decree and of this order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:


   s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 30, 2008.